# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

LATAVIUS ROBINSON,

      Plaintiff,

v.                              CASE NO. 4:25cv411-RH-MJF

IAN C. DOLAN et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 29, and the objections, ECF No. 30. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The motions to dismiss, ECF Nos. 19 and 26, are granted.

3. The clerk must enter judgment stating, "All claims in this action are dismissed with prejudice."

Case No. 4:25cv411-RH-MJF

4. The clerk must close the file.

SO ORDERED on May 27, 2026.

s/Robert L. Hinkle
United States District Judge